# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**In the Matter of:**

**Laura Lynne Lucas**

        **Debtor(s)**

_____/

**CHAPTER 13**
**CASE NO: 19-30218**
**JUDGE DANIEL S. OPPERMAN**

## CERTIFICATE OF SERVICE

      I certify that on April 23, 2019, I served a copy of the Complaint in Adversary Proceeding upon the Debtor, Laura Lynne Lucas by First Class Mail and I filed this Certificate of Service of the Complaint in Adversary Proceeding with the Court using the ECF system which will send notification of such filing to the following interested parties by either first class mail and/or through the ECF system to all interested parties, Attorney's of Record, The Trustee and all creditors listed below:

NONE.

      /s/Ramsey H. Mashni
      Ramsey H. Mashni (P51314)
      Mashni Law, PLC
      132 W. Nepessing Street
      Lapeer, Michigan 48446
      Telephone: 810-245-2345
      mashnijd@gmail.com