# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**In the Matter of:**

**Laura Lynne Lucas,**
       **Debtor.**

Chapter 7
Case No: 19-30218-dof
Judge Opperman
Adversary Proceeding No. 19-03039-dof

_____/

**Tracy B. Sutton,**
       Plaintiff,

v.

**Laura Lynne Lucas,**
       Defendant/Debtor.

_____/

## **CERTIFICATE OF SERVICE**

     I certify that on May 2, 2019, I served a copy of the Reissued Summons and a Copy of the Complaint in an Adversary Proceeding along with a copy of this Certificate of Service upon the Debtor, Laura Lynne Lucas by First Class Mail at 114 Twin Oaks Drive, Lapeer, Michigan 48446 and I filed this Certificate of Service of the Reissued Summons in an Adversary Proceeding with the Court using the ECF system which will send notification of such filing to the following interested parties by either first class mail and/or through the ECF system to all interested parties, Attorney's of Record, The Trustee and all creditors listed below:

NONE.

                                       /s/Ramsey H. Mashni
                                       Ramsey H. Mashni (P51314)
                                       Mashni Law, PLC
                                       132 W. Nepessing Street
                                       Lapeer, Michigan 48446
                                       Telephone: 810-245-2345
                                       mashnijd@gmail.com