## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## OFFICE OF
## DANIEL S. OPPERMAN
## UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| **226 W. SECOND STREET** | **111 FIRST STREET** |
| **FLINT, MICHIGAN 48502** | **BAY CITY, MICHIGAN 48708** |
| **(810) 235-3220** | **(989) 894-8850** |

May 23, 2019

Ms. Laura Lucas
114 Twin Oaks Drive
Lapeer, Michigan 48446

    Re:    Tracy B. Sutton v. Laura Lynne Lucas
               Adversary Proceeding Case No. 19-3039-dof
               Bankruptcy Case No. 19-30218-dof

Dear Ms. Lucas,

    Pursuant to your answer to complaint filed with the Court, it appears that you are unrepresented by counsel.

    You have the right to represent yourself without the benefit of counsel if that is your wish.

    If, however, the reason that you are unrepresented is financial, the Court may appoint an attorney for you if it believes that your finances warrant such an action. If you wish to pursue such an appointment, please complete the enclosed Application for Pro Bono Counsel and return it by June 20, 2019 to:

                            Clerk of the U.S. Bankruptcy Court
                            Attn: Pro Bono Program
                            211 West Fort Street
                            Detroit, Michigan 48226.

                            Sincerely,


                            Daniel S. Opperman
                            United States Bankruptcy Judge

DSO/seh
Enclosure